08-CV-05715-ORD

FILED _____ LODGED
_____ RECEIVED
FEB 23 2009
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CRAIG S. HOPPER,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA/<br>THE DEPARTMENT OF THE UNITED<br>STATES NAVY, and IAP WORLDWIDE<br>SERVICES, INC.,<br><br>Defendants. | No.: C08-5715 RBL<br><br>STIPULATIONS & ORDER<br>REGARDING THE PLAINTIFF'S<br>SECOND AMENDED COMPLAINT<br><br>NOTE FOR MOTION DOCKET:<br>Friday, February 20, 2009 |

COME NOW the parties, by and through the undersigned attorneys, and hereby stipulate to the following:

1. The Plaintiff is granted leave to amend and file his Second Amended Complaint (as proposed in Attachment A) upon the signing of the order attending these stipulations by the Court—as this stipulation is the Defendants' written consent for leave to so amend, pursuant to Federal Rule of Civil Procedure 15(a)(2);

2. The Defendants agree to waive all service requirements pursuant to Federal Rule of Civil Procedure 4 regarding the service of the Second Amended

STIPULATIONS RE: PLAINTIFF'S 2ND AMENDED
COMPLAINT
(C08-5715RBL)-Page 1

JAMES A. CONLEY
*ATTORNEY AT LAW*
120 WEST DAYTON, SUITE B-6
EDMONDS, WA 98020
(425) 672-7150

Complaint and any additional process, as service upon the Defendants will be considered perfected upon the Plaintiff's electronic filing of the Second Amended Complaint with the Court; and,

3. The Plaintiff stipulates that the Defendants will be allowed twenty (20) days to file with the Court their Answers to the Second Amended Complaint after the filing of said complaint.

STIPULATED TO this 20th day of February, 2009.

        **s/Clarence C. Jones**
        Clarence C. Jones, WSBA #27678
        Gierke, Curwen, Dynan & Jones, P.S.
        2102 North Pearl Street, D-400
        Tacoma, WA 98406
        Ph#: (253) 752-1600
        cjones@gcmelaw.com

        **s/James A. Conley**
        JAMES A. CONLEY, WSBA#18497
        Co-counsel for Plaintiff
        120 West Dayton, Suite B-6
        Edmonds, WA 98020
        Ph#: (425) 672-7150
        Fax#: (425) 672-8599
        E-mail: jamesconley@earthlink.net

        **s/Patricia D. Gugin**
        PATRICIA D. GUGIN, PABA#54927
        Assistant United States Attorney
        1201 Pacific Avenue, Ste. 700
        Tacoma, WA 98402
        Ph#: (253) 428-3832
        Fax#: (253) 428-3826
        E-mail: pat.gugin@usdoj.gov

STIPULATIONS RE: PLAINTIFF'S 2ND AMENDED COMPLAINT
(C08-5715RBL)-Page 2

JAMES A. CONLEY
*ATTORNEY AT LAW*
120 WEST DAYTON, SUITE B-6
EDMONDS, WA 98020
(425) 672-7150

## (*PROPOSED*) ORDER OF THE COURT

THE COURT, having been informed of the parties' stipulations regarding the Plaintiff's Second Amended Complaint, endorses the above-listed stipulations thusly:

They are so ordered.

DATED this 23rd day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

**s/James A. Conley**
JAMES A. CONLEY, WSBA#18497
Co-counsel for Plaintiff
120 West Dayton, Suite B-6
Edmonds, WA 98020
Ph# (425) 672-7150
Fax#: (425) 672-8599
E-mail: jamesconley@earthlink.net

Approved as to form and content:

**s/Clarence C. Jones**
Clarence C. Jones, WSBA #27678
Gierke, Curwen, Dynan & Jones, P.S.
2102 North Pearl Street, D-400
Tacoma, WA 98406
Ph#: (253) 752-1600
E-mail: cjones@gcmelaw.com

STIPULATIONS RE: PLAINTIFF'S 2ND AMENDED COMPLAINT
(C08-5715RBL)-Page 3

JAMES A. CONLEY
ATTORNEY AT LAW
120 WEST DAYTON, SUITE B-6
EDMONDS, WA 98020
(425) 672-7150

1 | **s/Patricia D. Gugin**
  | PATRICIA D. GUGIN, PABA#54927
2 | Assistant United States Attorney
  | 1201 Pacific Avenue, Ste. 700
3 | Tacoma, WA 98402
4 | Ph#: (253) 428-3832
  | Fax#: (253) 428-3826
5 | E-mail: pat.gugin@usdoj.gov

STIPULATIONS RE: PLAINTIFF'S 2ND AMENDED COMPLAINT
(C08-5715RBL)-Page 4

JAMES A. CONLEY
ATTORNEY AT LAW
120 WEST DAYTON, SUITE B-6
EDMONDS, WA 98020
(425) 672-7150