The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CRAIG S. HOPPER, | ) |
|         Plaintiff, | ) No.: C08-5715 RBL |
| vs. | ) |
| THE UNITED STATES OF AMERICA, and IAP WORLDWIDE SERVICES, INC., | ) STIPULATIONS & ORDER REGARDING THE PLAINTIFF'S THIRD AMENDED COMPLAINT |
|         Defendants. | ) NOTE FOR MOTION DOCKET: Friday, April 10, 2009 |

COME NOW the parties, by and through the undersigned attorneys, and hereby stipulate to the following:

1. The Plaintiff is granted leave to amend and file his Third Amended Complaint (as proposed in Attachment A) upon the signing of the order attending these stipulations by the Court—as this stipulation is the above-listed Defendants' written consent for leave to so amend, pursuant to Federal Rule of Civil Procedure 15(a)(2);

2. The above-listed Defendants agree to waive all service requirements pursuant to Federal Rule of Civil Procedure 4 regarding the service of the Third Amended

STIPULATIONS RE: PLAINTIFF'S 3rd AMENDED COMPLAINT
(C08-5715RBL)-Page 1

**JAMES A. CONLEY**
*ATTORNEY AT LAW*
**120 WEST DAYTON, SUITE B-6
EDMONDS, WA 98020
(425) 672-7150**

Complaint and any additional process upon them, as service upon the above-listed Defendants will be considered perfected upon the Plaintiff's electronic filing of the Third Amended Complaint with the Court; and,

3. The Plaintiff stipulates that the above-listed Defendants will be allowed twenty (20) days to file with the Court their Answers to the Third Amended Complaint after the filing of said complaint.

4. Counsel for Defendant IAP Worldwide Services, Inc. states that he will be also representing the Defendant added to the case in the Third Amended Complaint (i.e., IAP World Services, Inc.), and, as such, he is authorized by IAP World Services, Inc. to accept service of the Third Amended Complaint and any additional process (or copies thereof) on its behalf.

5. Added Defendant IAP World Services, Inc. agrees that service as described in paragraph 4 above may occur through the Plaintiff's delivery of the Third Amended Complaint and any additional process (or copies thereof) to him through a certified mailing to his office. Further, added Defendant IAP World Services, Inc. agrees that such service upon counsel will satisfy all service requirements of Federal Rule of Civil Procedure 4 regarding the service of the Third Amended Complaint and any additional process upon it.

6. The parties agree that the Plaintiff will have sixty (60) days after the Clerk's issuance of an amended Summons to effect service upon added Defendant IAP World Services, Inc. The Defendant IAP World Services, Inc. will have twenty

STIPULATIONS RE: PLAINTIFF'S 3rd AMENDED COMPLAINT
(C08-5715RBL)-Page 2

JAMES A. CONLEY
*ATTORNEY AT LAW*
120 WEST DAYTON, SUITE B-6
EDMONDS, WA 98020
(425) 672-7150

(20) days to file with the Court its Answer to the Third Amended Complaint after service/receipt of the Third Amended Complaint and any additional process (or copies thereof).

7. The Defendants agree that the Third Amended Complaint, once filed with the Court, relates back to the date of the original pleading filed in this case (i.e., November 26, 2008) pursuant to Federal Rule of Civil Procedure 15(c).

STIPULATED TO this 10th day of April, 2009.

    **s/Clarence C. Jones**
Clarence C. Jones, WSBA #27678
Gierke, Curwen, Dynan & Jones, P.S.
2102 North Pearl Street, D-400
Tacoma, WA 98406
Ph#: (253) 752-1600
cjones@gcmelaw.com

    **s/James A. Conley**
JAMES A. CONLEY, WSBA#18497
Co-counsel for Plaintiff
120 West Dayton, Suite B-6
Edmonds, WA 98020
Ph#: (425) 672-7150 Fax#: (425) 672-8599
E-mail: jamesconley@earthlink.net

    **s/Patricia D. Gugin**
PATRICIA D. GUGIN, PABA#54927
Assistant United States Attorney
1201 Pacific Avenue, Ste. 700
Tacoma, WA 98402
Ph#: (253) 428-3832 Fax#:(253) 428-3826
E-mail: pat.gugin@usdoj.gov

STIPULATIONS RE: PLAINTIFF'S 3rd AMENDED COMPLAINT
(C08-5715RBL)-Page 3

**JAMES A. CONLEY**
*ATTORNEY AT LAW*
**120 WEST DAYTON, SUITE B-6
EDMONDS, WA 98020
(425) 672-7150**

ORDER OF THE COURT

THE COURT, having been informed of the parties' stipulations regarding the Plaintiff's Third Amended Complaint, endorses the above-listed stipulations thusly:

They are so ordered.

DATED this 13th day of April, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:
**s/James A. Conley**
JAMES A. CONLEY, WSBA#18497
Co-counsel for Plaintiff
120 West Dayton, Suite B-6
Edmonds, WA 98020
Ph# (425) 672-7150
Fax#: (425) 672-8599
E-mail: jamesconley@earthlink.net

Approved as to form and content:

**s/Clarence C. Jones**
Clarence C. Jones, WSBA #27678
Gierke, Curwen, Dynan & Jones, P.S.
2102 North Pearl Street, D-400
Tacoma, WA 98406
Ph#: (253) 752-1600
E-mail: cjones@gcmelaw.com

**s/Patricia D. Gugin**
PATRICIA D. GUGIN, PABA#54927
Assistant United States Attorney
1201 Pacific Avenue, Ste. 700
Tacoma, WA 98402
Ph#: (253) 428-3832
Fax#: (253) 428-3826
E-mail: pat.gugin@usdoj.gov

STIPULATIONS RE: PLAINTIFF'S 3rd AMENDED COMPLAINT
(C08-5715RBL)-Page 4

**JAMES A. CONLEY**
*ATTORNEY AT LAW*
**120 WEST DAYTON, SUITE B-6
EDMONDS, WA 98020
(425) 672-7150**